# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   10-cv-01880-REB-MJW | FTR - Courtroom A-502 |
| **Date:**   June 29, 2011 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| MARCUS E.  HARDY, | Fredric A.  Bremseth |
| Plaintiff(s), | |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, | Torriano "Torry"  N. Garland |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   FINAL   PRETRIAL   CONFERENCE
**Court in Session:**   9:16  a.m.
Court calls case.  Appearances of counsel.

Defendant makes an Oral Motion to Withdraw its Motion to Transfer.  With no objections,

**It is ORDERED:**   Defendant's ORAL MOTION TO WITHDRAW its Motion to Transfer... is
   **GRANTED**, and
   Defendant's MOTION TO TRANSFER PURSUANT TO
   28 U.S.C. § 1404 [Docket No.  **7**, Filed September 28, 2010] is
   **WITHDRAWN.**

It is noted mediation with Judge Borchers, of the Legal Resolution Center,  is currently set August 9 and 10, 2011.

It is noted the parties, in preparing the proposed  Final Pretrial Order,  have not totally complied with the Practice Standards of Judge Robert E. Blackburn as set forth on the website www.cod.uscourts.gov  Judicial Officers' Procedures, Practice Standards - Civil .

**It is ORDERED**:   The proposed Final  Pretrial Order is not approved;
   The parties shall re-submit a Final  Pretrial Order in its final form for the
   Court's signature, and in compliance with the Practice Standards of
   Judge Blackburn,  **on or before JULY 13, 2011**, _nunc pro tunc_ to June
   29, 2011.

HEARING CONCLUDES.     **Court in recess:**   9:35 a.m.     Total In-Court Time:   00:19