**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01880-REB–MJW

MARCUS E. HARDY,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

    Defendant.

**MINUTE ORDER**[1]

On October 4, 2011, the following motions were filed:

- **Plaintiff's Motion in Limine To Exclude Assumption of Risk Evidence and Argument and Supporting Brief** [#44][2];

- **Plaintiff's Motion *in Limine* To Deny Defendant's Request To Apportion Damages Based on Alleged Non-Railroad Causes and Support Brief** [#45]

- **Plaintiff's Motion *in Limine* To Exclude Collateral Source Evidence and Supporting Brief** [#46]; and

- **Plaintiff's Motion *in Limine* To Exclude Genetics Testimony and Argument and Supporting Brief** [#47].

After reviewing the motions, the court notes that all four motions are in violation of D.C.COLO.LCivR 5.1.G, certificate of service, D.C.COLO.LCivR 7.1.A. , the duty to confer, and that document #46 is in violation of this court's practice standard, REB Civ. Practice Standard V.B.1.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1.  That on or before Friday, **October 7, 2011**, plaintiff shall file a certificate of service pursuant to D.C.COLO.LCivR 5.1.G for documents #44, #45, and #47;

2.  That on or before Friday, **October 7, 2011**, plaintiff shall file a certificate of compliance pursuant to D.C.COLO.LCivR 7.1.A for documents #44, #45, and #47; and

3.  That **Plaintiff's Motion *in Limine* To Exclude Collateral Source Evidence and Supporting Brief** [#46] is **STRICKEN** for failure to comply with this court's practice standard, REB Civ. Practice Standard V.B.1.

Dated:  October 5, 2011