**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01880-REB-MJW

MARCUS E. HARDY,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

    Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

The attached **Juror Questionnaire** is approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

Dated October 19, 2011 at Denver, Colorado.

                **BY THE COURT:**

                *Bob Blackburn*
                Robert E. Blackburn
                United States District Judge