**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01880-REB-MJW

MARCUS E. HARDY,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

    Defendant.
_____

**ORDER RE:  MOTION TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE
WITH CAMERAS, INTO THE COURTROOM**
_____

**Blackburn, J.**

The matter is before me on the **Defendant's Motion Requesting Permission To Bring Audio-Visual and Cell Phones/Blackbery(ies) Into Courthouse During Trial Pursuant To Civil Practice Standards (III)(H)** [#64][1] filed October 24, 2011. After reviewing the motion and the file, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Defendant's Motion Requesting Permission To Bring Audio-Visual and Cell Phones/Blackbery(ies) Into Courthouse During Trial Pursuant To Civil Practice Standards (III)(H)** [#64] filed October 24, 2011, is **GRANTED**;

    2. That subject to **D.C.COLO.L.Civ.R 83.1B.**, which prohibits the use in the

---

[1] "[#64]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

courthouse of the audio, video, or photographic recording function of any electronic device, the following are permitted to bring into the Alfred A. Arraj United States Courthouse Annex the equipment listed in the table, as set forth below:

| DATE FOR USE IN COURTROOM | ITEM OF EQUIPMENT | PERSON(S) BRINGING EQUIPMENT THROUGH SECURITY |
|---|---|---|
| Daily beginning November 7, 2011 | HP Laptop for Sanction Trial Presentation | Lori Busch, Defendant's Paralegal |
| Daily beginning November 7, 2011 | IBM Laptop | Torry Garland, Esq. |
| November 7, 2011<br>November 14, 2011<br>November 21, 2011 | Dell Laptop for Realtime Transcript | Lori Busch, Defendant's Paralegal |
| November 7, 2011<br>November 14, 2011<br>November 21, 2011 | Sanction switcher, AMP power cords, etc. | Dave Hersch or assigned representative, Visual Advantage |
| November 7, 2011<br>November 14, 2011<br>November 21, 2011 | HP Office-Jet 4315 Printer | Lori Busch or Torry Garland, Esq. |
| November 7, 2011<br>November 14, 2011<br>November 21, 2011 | HP Office-Jet 6500 Wireless Color Printer | Lori Busch or Torry Garland, Esq. |
| November 7, 2011<br>November 14, 2011<br>November 21, 2011 | Rolling Metal Cart for Trial Exhibit Notebooks, etc. | Lori Busch or Torry Garland, Esq. |
| Duration of the Trial (11/7/11-11/22/11) | Cell Phone/Blackberry | Torry Garland, Esq. |
| Duration of the Trial (11/7/11-11/22/11) | Cell Phone/Blackberry | Tom Hayden, Esq. |
| Duration of the Trial (11/7/11-11/22/11) | Cell Phone/Blackberry | Lori Busch, Defendant's Assigned Paralegal |

| | | |
|---|---|---|
| Duration of the Trial (11/7/11-11/22/11) | Cell Phone/Blackberry | Sharon Russell, Defendant's Back-up Paralegal |
| Duration of the Trial (11/7/11-11/22/11) | Cell Phone/Blackberry | Roby Brown, Company Representative at Counsel Table |
| Duration of the Trial (11/7/11-11/22/11) | Cell Phone/Blackberry | Leonard Mauro, Company Representative |
| Duration of the Trial (11/7/11-11/22/11) | Cell Phone/Blackberry | Scott Shaw, Claim Representative |
| Duration of the Trial (11/7/11-11/22/11) | Cell Phone/Blackberry | Dave Hersch, or assigned representative, Visual Advantage |
| November 15, 2011 | Cell Phone/Blackberry | Witness, Dr. Gregory Reichardt |
| November 15, 2011 | Cell Phone/Blackberry | Witness George Page |

3.  That the individuals listed in this order, who are permitted by this order to enter the courthouse with electronic equipment **SHALL PRESENT** a copy of this order to the Court Security Officers stationed at the entrance of the courthouse.

Dated October 25, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

3