**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01880-REB–MJW

MARCUS E. HARDY,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

    Defendant.

**MINUTE ORDER**[1]

    The matter is before the court on **Defendant's Motion Re: Glossary of Railroad Terminology For Trial Pursuant To Civil Practice Standards (III)(I)** [#75][2] filed October 31, 2011.  The motion is **GRANTED**.  Defendant shall file its glossary of railroad terminology by **5:00 p.m.,** November 1, 2011.

    Dated:  November 1, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#75]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.