**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01880-REB–MJW

MARCUS E. HARDY,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court on **Defendant Union Pacific's Unopposed Motion To Attend Trial Preparation Conference By Telephone** [#81][2] filed November 3, 2011. The motion is **GRANTED**. Defendant's co-counsel, Thomas P. Hayden, **SHALL PARTICIPATE** in the Trial Preparation Conference, set for November 4, 2011, at 8:00 a.m., by telephone. Counsel shall call the chambers of Robert E. Blackburn, at (303) 335-2350, at the scheduled time in order to participate in the conference by telephone.

    Dated: November 3, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#81]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.